# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 05, 2013

Ms. Kimberlee Wood Colby
Center for Law & Religious Freedom
8001 Braddock Road
Suite 302
Springfield, VA 22151

Mr. Charles E. Davidow
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, N.W.
Washington, DC 20006

Ms. Deborah Jane Dewart
Law Office
620 E. Sabiston Drive
Swansboro, NC 28539

Ms. Jessica Lynn Ellsworth
Hogan Lovells
555 Thirteenth Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Adam C. Jed
U.S. Department of Justice
Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Ayesha N. Khan
Americans United for Separation of Church and State
1301 K Street, NW
Suite 850
Washington, DC 20005

Ms. Alisa B. Klein
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Gregory M. Lipper
Americans United for the Separation
of Church and State
518 C Street, N.E.
Washington, DC 20002-0000

Mr. Daniel Mach
American Civil Liberties Union
Program on Freedom of Religion & Belief
915 15th Street, N.W.
Washington, DC 20005

Ms. Erin Elizabeth Mersino
Thomas More Law Center
P.O. Box 393
Ann Arbor, MI 48106

Caitlin E. O'Connell
Americans United for Separation of Church and State
1301 K Street, NW
Suite 850
Washington, DC 20005

Ms. Jennifer C. Pizer
Lambda Legal Defense and Education Fund
3325 Wilshire Boulevard
Suite 1300
Los Angeles, CA 90010

Mr. Bruce Harvey Schneider
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038

Ms. Mailee Rebecca Smith
Americans United for Life
655 Fifteenth Street, N.W.
Suite 410
Washington, DC 20005

Mr. Mark B. Stern
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7531
Washington, DC 20530

Ms. Camilla B. Taylor
Lambda Legal Defense and Education Fund
11 E. Adams Street
Suite 1008
Chicago, IL 60603

Mr. Thomas W. Ude Jr.
Lambda Legal
120 Wall Street
19th Floor
New York, NY 10005

> Re: Case No. 13-1677, *Eden Foods, Inc., et al v. Kathleen Sebelius, et al*
> Originating Case No. : 2:13-cv-11229

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

> Sincerely yours,
>
> s/Julie Brock
> Case Manager
> Direct Dial No. 513-564-7011

cc:  Mr. David J. Weaver

Enclosure

Case No. 13-1677

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

EDEN FOODS, INC.; MICHAEL POTTER, Chairman, President and Sole Shareholder of Eden Foods, Inc.

      Plaintiffs - Appellants

v.

KATHLEEN SEBELIUS, Secretary, United States Department of Health and Human Services; THOMAS E. PEREZ, Secretary, United States Department of Labor; JACK LEW, Secretary, United States Department of the Treasury,

      Defendants - Appellees

BEFORE: DAUGHTREY, Circuit Judge; COLE, Circuit Judge; WHITE, Circuit Judge;

Upon consideration of motion to stay mandate,

It is **ORDERED** that the mandate be stayed to allow Appellants time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: November 05, 2013