IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EDEN FOODS, INC., *et al.*, | Case No. 13-cv-11229 |
| | Hon. Denise Page Hood |
| Plaintiffs, | |
| | Magistrate Mark A. Randon |
| v. | |
| SYLVIA M. BURWELL, *et al.*, | |
| Defendants. | |
| _____/ | |

**JOINT MOTION TO LIFT STAY AND ENTER JUDGMENT**

On June 12, 2013, the Court granted parties' request to stay further proceedings in this case pending the Supreme Court's ruling in *Hobby Lobby v. Sebelius*, No. 13-354, and *Conestoga Wood Specialties v. Sebelius*, No. 13-356. ECF No. 29. Since this Court's order, the Supreme Court has rendered its decision in *Burwell v. Hobby Lobby Stores, Inc.*, __ S. Ct. __, 2014 WL 2921709 (June 30, 2014). In light of the Supreme Court's decision, the parties jointly agree that judgment should be entered in favor of Plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all of the other claims against Defendants will be dismissed, and that the issue of Plaintiffs' attorney fees and costs will be resolved after judgment is entered. Accordingly, the parties respectfully request that this Court enter the proposed injunction and

judgment, which has been agreed to by all parties and is filed concurrently with this motion.

Respectfully submitted this 3rd day of February, 2015,

| | |
|---|---|
| */s/ Erin Mersino* | JOYCE R. BRANDA |
| Erin Mersino, Esq. (P70886) | Acting Assistant Attorney General |
| Thomas More Law Center | |
| 24 Frank Lloyd Wright Drive | BARBARA L. MCQUADE |
| P.O. Box 393 | United States Attorney |
| Ann Arbor, MI 48106 | |
| emersino@thomasmore.org | JENNIFER RICKETTS |
| (734) 827-2001 | Director |
| | |
| | SHEILA M. LIEBER |
| | Deputy Director |
| | |
| | */s/ Bradley P. Humphreys* |
| | BRADLEY P. HUMPHREYS |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, |
| | Federal Programs Branch |
| | 20 Massachusetts Avenue N.W. |
| | Washington, D.C. 20001 |
| | Tel: (202) 514-3367; |
| | Fax: (202) 616-8470 |
| | Email: |
| | bradley.p.humphreys@usdoj.gov |
| | VA Bar. No. 83212 |
| | |
| | *Attorneys for Defendants* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

>*/s/ Bradley P. Humphreys*
>BRADLEY P. HUMPHREYS