IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EDEN FOODS, INC., *et al.*,

Plaintiffs,

v.

SYLVIA M. BURWELL, *et al.*,

Defendants.
_____/

Case No. 13-cv-11229

Hon. Denise Page Hood

Magistrate Mark A. Randon

**INJUNCTION AND JUDGMENT**

For the reasons stated in the Parties' Joint Motion (ECF No. 37), it is hereby

ORDERED that this cause be re-opened, and

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), it is hereby

ORDERED that defendants, their employees, agents, and successors in office are enjoined

(a) from enforcing

(1) the "June 30, 2014 Contraceptive Coverage Requirement," defined here to include those provisions of federal law in existence on June 30, 2014, when the Supreme Court decided *Hobby Lobby*, that require plaintiff Eden Foods Inc. to provide its employees with health

    coverage for contraceptive methods, sterilization procedures, and related patient education and counseling to which plaintiffs object on religious grounds, *e.g.*, 26 C.F.R. § 54.9815-2713(a)(1)(iv); 29 C.F.R. § 2590.715-2713(a)(1)(iv); 45 C.F.R. § 147.130(a)(1)(iv); and

(2) any penalties, fines, or assessments for noncompliance with the June 30, 2014 Contraceptive Coverage Requirement, including those found in 26 U.S.C. § 4980D, and 29 U.S.C. §§ 1132 and 1185d; and

(b) from taking any other actions based on noncompliance with the June 30, 2014 Contraceptive Coverage Requirement against plaintiff Eden Foods, Inc., its employee health plan(s), the group health coverage provided in connection with such plan(s), and/or Eden Foods Inc.'s health insurance issuers and/or third-party administrators with respect to Eden Foods Inc.'s health plan(s); and it is further

ORDERED that judgment is entered in favor of plaintiffs and against defendants on plaintiffs' claim under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.*; and it is further

ORDERED that all other claims against Defendants are DISMISSED; and it is further

ORDERED that the Parties will meet and confer to reach agreement on attorneys' fees and costs. The Parties will file a joint status report, including a

recommendation for further proceedings, by no later than March 2, 2015. If there is no resolution of the attorneys' fees and costs matter, Plaintiffs may file a motion for attorneys' fees and costs within thirty days of March 2, 2015, pursuant to Federal Rule of Civil Procedure 54; and it is further

    ORDERED that this injunction and Judgment does not apply with respect to any changes in statute or regulation that are enacted or promulgated after this date, and nothing herein prevents plaintiffs from filing a new civil action to challenge any such future changes.

Dated: February 12, 2015

s/Denise Page Hood  
Denise Page Hood  
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 12, 2015, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry  
Case Manager