IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EDEN FOODS INC., *et al.*, | Case No. 13-cv-11229 |
| Plaintiffs, | Hon. Denise Page Hood |
| | Magistrate Judge Mark A. Randon |
| v. | |
| SYLVIA BURWELL, *et al.*, | |
| Defendants. | |
| _____/ | |

## JOINT STATEMENT

On February 12, 2015, this Court entered a permanent injunction and judgment in this case. ECF No. 39. The Court ordered the Parties to meet and confer on the issue of attorneys' fees and costs and to file a joint status report no later than March 2, 2015. *Id.* Pursuant to that order, the Parties wish to notify the Court that they have made substantial process, and respectfully request an additional sixty (60) days to resolve this matter. The Parties to request to file a joint status report with the Court on May 12, 2015 to notify the Court if the matter has been resolved or if further action is needed. The Parties agree that if no settlement is reached at that time, then the Plaintiffs may file a motion for

attorneys' fees and costs within thirty days of May 12, 2015, pursuant to Federal Rule of Civil Procedure 54.

Respectfully submitted this 13th day of March, 2015,

*Attorneys for Plaintiffs*

  /s/   Erin Elizabeth Mersino
Erin Elizabeth Mersino

THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
Tel (734) 827-2001
Fax (734) 930-7160
emersino@thomasmore.org

*Attorneys for Defendants*

BENJAMIN C. MIZER
Acting Assistant Attorney General

BARBARA L. McQUADE
United States Attorney

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director


*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.

Washington, D.C. 20001
Tel: (202) 514-3367
Fax: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov
VA Bar. No. 83212

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served by ordinary U.S. Mail and electronic mail upon counsel for all parties who has not yet entered an appearance electronically: None.

THOMAS MORE LAW CENTER

s/ Erin Mersino_____
Erin Mersino (P70886)